## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Cedar Lane Technologies Inc.,** | Case No. 1:26-cv-00299-LGS |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Siebert Financial Corp.,** | |
| Defendant. | |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The request to dismiss this matter with prejudice is hereby GRANTED. It is hereby ORDERED that this case is dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

SO ORDERED.

Dated: ___April 22___, 2026
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**